# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MATT RAEBURN**                                                    **PLAINTIFF**

v.                                    **No. 4:18-cv-374-DPM**

**JAMES GIBSON, Individually; and in
his Official Capacity as a Police Officer
for the City of Vilonia, Arkansas**                     **DEFENDANT**

## ORDER

Raeburn's motion for partial summary judgment, № 9, is denied without prejudice as premature. Discovery is incomplete. And genuine issues of material fact likely exist. № 18 at 2–5.

So Ordered.

D.P. Marshall Jr.
United States District Judge

3 April 2019