IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATT RAEBURN     PLAINTIFF

v.     No. 4:18-cv-374-DPM

JAMES GIBSON, Individually; and in
his Official Capacity as a Police Officer
for the City of Vilonia, Arkansas     DEFENDANT

## JUDGMENT

All of Raeburn's federal claims are dismissed with prejudice. All his other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 April 2020